UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANDRENIQUE HOWARD                                                CIVIL ACTION

VERSUS

RASIN CANES [SIC], ET AL.                                        NO. 24-01052-BAJ-RLB

## RULING AND ORDER

Before the Court is the Magistrate Judge's **Report and Recommendation (Doc. 9, the "Report")**, prepared *sua sponte* based on the screening required by 28 U.S.C. § 1915A and permitted by 28 U.S.C. § 1915(e). The Report recommends that the Court dismiss the case without prejudice because Plaintiff has failed to establish a basis for the exercise of this Court's subject matter jurisdiction. (*Id.* at 5). There are no objections to the Report.

Having carefully reviewed Plaintiff's Complaint (Doc. 1) and the Report (Doc. 9), the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's action be and is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e) and 1915A for failure to establish a basis for the exercise of this Court's subject matter jurisdiction.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 6th day of August, 2025

**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**